2006 SEP 25 AM 10:12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY A. BURNS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   05CR1456LAB |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| KARLA CHAVARRIA, | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the sentencing hearing in the above-captioned case be continued from September 25, 2006 at 9:30 AM to **November 6, 2006** at **9:30 AM**.

SO ORDERED. *NO FURTHER CONTINUANCE OF THIS HEARING WILL BE GRANTED ABSENT A SHOWING OF EXTRAORDINARY GOOD CAUSE.*

DATE: 9-22-06

HON. LARRY A. BURNS

JOINT MOTION TO CONTINUE SENTENCING HEARING
U.S. v. CHAVARRIA, 05CR1456LAB