# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA VANESSA CHAVARRIA,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NOS.   19-cv-00431-LAB (LL)<br>                     05-cr-01456-LAB<br><br>**ORDER ON PETITION TO VACATE NOTIFYING PETITIONER OF THE COURT'S INTENT TO RECHARACTERIZE PETITION**<br><br>**[Dkt. Nos. 107 & 120]** |

Karla Vanessa Chavarria, a federal prisoner, filed a pro se petition for habeas corpus pursuant to 28 U.S.C. § 2241 in the Northern District of California. Dkt. No. 107. The Northern District made clear the Petition would fail under § 2241 and instead should have been filed as a 28 U.S.C. § 2255 motion. Dkt. No. 114. The Northern District transferred the Petition to this District (Dkt. Nos. 114-15), but it did so without recharacterizing the Petition as a § 2255 motion. The Court proposes to recharacterize the Petition as a first motion under § 2255.

If Chavarria's petition is recharacterized as being brought under § 2255, any later § 2255 motion may be barred due to § 2255's "second or successive" restriction. 28 U.S.C. § 2255(h); *Castro v. United States*, 540 U.S. 375, 383 (2003); *United States v. Seesing*, 234 F.3d 456, 463-64 (9th Cir. 2000). Chavarria may, if she wishes, withdraw

- 1 -

her filing or amend it so that it contains all the § 2255 claims she believes she has. *See Castro*, 540 U.S. at 383. Furthermore, because a one-year limitations period applies to § 2255 motions (28 U.S.C. § 2255(f)), if Chavarria files an amended petition, it should show why her § 2255 motion is timely (*see United States v. Gilbert*, 807 F.3d 1197, 1202 (9th Cir. 2015)).

No later than **July 15, 2019**, Chavarria may withdraw her filing or amend it so that it contains all the § 2255 claims she believes she has. Her amended filing must address why her § 2255 motion is timely. If Chavarria doesn't object to the Court's recharacterization, she need not file anything and the Court will construe this as her consent to the recharacterization. The United States is relieved of its obligation to file an opposition, and the July 10, 2019 opposition deadline (Dkt. No. 120) is **VACATED**.

**IT IS SO ORDERED**.

Dated: June 24, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge