# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA VANESSA CHAVARRIA,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NOS.   19-cv-00431-LAB (LL)<br>                  05-cr-01456-LAB<br><br>**ORDER ON § 2255 MOTION REGARDING STATUTE OF LIMITATIONS**<br><br>**[Dkt. No. 107]** |

The Court previously informed Karla Vanessa Chavarria that her 28 U.S.C. § 2241 petition, which the Court now construes as a motion under 28 U.S.C. § 2255, appeared to be untimely and offered her an opportunity to show why it is timely. Dkt. No. 121; 28 U.S.C. § 2255(f); *United States v. Gilbert*, 807 F.3d 1197, 1201-02 (9th Cir. 2015) (untimely petitions are subject to dismissal and it is petitioner's burden to show entitlement to equitable tolling). She has not filed a response. If Chavarria intends to file a response addressing the limitations period issue, she must do so no later than **August 12, 2019**.

**IT IS SO ORDERED.**

Dated: July 26, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge