# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA VANESSA CHAVARRIA,<br><br>                        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                        Respondent. | CASE NOS. 19-cv-00431-LAB (LL)<br>                  05-cr-01456-LAB<br><br>**ORDER REGARDING RESPONSE TO NOTICE OF DOCUMENT DISCREPANCY**<br><br>**[Dkt. No. 127]** |

On September 9, 2019, the Court received Karla Vanessa Chavarria's Response to Notice of Document Discrepancy, which it ordered to be filed nunc pro tunc. Dkt. No. 127. Chavarria's Response again requests that this Court (*see* Dkt. No. 122) deny the United States's June 7, 2019 request for a continuance (Dkt. No. 119) granted on June 10, 2019 (Dkt. No. 120). Because there is no basis for reconsidering the Court's June 10, 2019 order, Chavarria's request is **DENIED**.

**IT IS SO ORDERED**.

Dated: September 12, 2019

                                                                     *[signature]*
                                         **HONORABLE LARRY ALAN BURNS**
                                         Chief United States District Judge